IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.   19-CR-137-EAW

RICHARD A. LOBUR,

Defendant.

---

## INFORMATION
(Title 18, United States Code, Section 641)

### COUNT 1

**The United States Attorney Charges That:**

Between on or about January 12, 2015 and on or about June 8, 2015, in the Western District of New York, and elsewhere, the defendant, RICHARD A. LOBUR, did knowingly and willfully steal, purloin, and convert to his own use money of the United States of a value in excess of $1,000, that is, Federal Emergency Management Agency ("FEMA") Staffing for Adequate Fire and Emergency Response ("SAFER") grant funds, of an aggregate value in excess of $1,000, to which the defendant was not entitled.

**All in violation of Title 18, United States Code, Section 641.**

DATED: Buffalo, New York, July 30, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
JOHN D. FABIAN
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5819
john.fabian@usdoj.gov